FILED
2014 May-14 PM 04:06
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION**

| | | |
|---|---|---|
| **CHURCHILL ANDREWS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 2:13-CV-942-RDP-TMP** |
| | ) | |
| **SCOTT SATTERFIELD; and** | ) | |
| **SCOTT HASSELL, Warden;** | ) | |
| | ) | |
| **Respondents.** | ) | |

**MEMORANDUM OPINION**

On April 29, 2014, the Magistrate Judge filed his Report and Recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be denied and dismissed as moot. (Doc. 18). To date, no objections have been filed by either party. The Report and Recommendation mailed to Petitioner has been returned as undeliverable, and marked that he is "no longer here."

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the Report and Recommendation, the court is of the opinion that the Report is due to be and hereby is **ADOPTED**, and the Recommendation is **ACCEPTED**. Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be denied and dismissed. A separate order will be entered herewith.

**DONE** and **ORDERED** this ____14th____ day of May, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE